# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

                Plaintiff,

v.

Case No.: 1:23−cv−05829

Honorable Nancy L. Maldonado

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Preliminary injunction hearing held on 12/13/2023 via Webex. Defendants were not present. For the reasons stated on the record, Plaintiff's motion for preliminary injunction [39] is granted as unopposed. Enter preliminary injunction order. The Clerk is requested to unseal Amended Schedule A [28] and the Temporary Restraining Order [33]. Plaintiff's counsel is directed to ensure that the defendants listed on the Amended Schedule A are added to the court's docket within five business days. Instructions for adding a party to the docket can be found on the Court's website at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.